**[RIX] ROBINSON** *versus* JONAS W. COLBURN, ET AL. . . . .

JOURNAL ENTRIES (1826): *Journal 4:* (1) Rule to strike from docket *p. 99.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.
*1824–36 Calendar*, MS p. 74.

**WHITMORE KNAGGS** *versus* JOSHUA DAVIS, THOMAS JOHN, JOHN BURBANK, AND JOHN HOWARD.

JOURNAL ENTRIES (1826–31): *Journal 4:* (1) Bill filed, injunction ordered *p. 100; (2) motion to dissolve injunction *p. 115; (3) motion to dissolve overruled *p. 119; (4) motion to dissolve injunction *p. 126; (5) death suggested, rule on administrator to make himself a party *p. 134; (6) rule on administrator enlarged *p. 147; (7) administrator made a party, motion for leave to amend *p. 159; (8) death suggested *p. 175; (9) continued *p. 216; (10) death suggested, continued *p. 275; (11) administrators move to be admitted as parties *p. 330; (12) administrators admitted as parties *p. 332; (13) motion to dissolve injunction *p. 335; (14) injunction dissolved, motion to dismiss *p. 368; (15) referred to master to take testimony *p. 392; (16) motion to dismiss bill *p. 440; (17) bill dismissed nisi *p. 484; (18) decree nisi made absolute *p. 494.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of injunction and return; (3) affidavit of John Burbank; (4) answer of Joshua Davis; (5) answer of Thomas John; (6) motion to dissolve injunction; (7) rule on administrator of Whitmore Knaggs to make himself a party, proof of service; (8) appearance of administrator, motion for leave to file amended or supplemental bill; (9) motion by administrator of Joshua Davis to be admitted as a party; (10) motion by administrator of Thomas John to be admitted as a party; (11) replication; (12) motion to dissolve injunction; (13) motion to dismiss bill.
*Chancery Case* 80 of 1826.

**ELI HART** *versus* **MELVIN DORR.**

JOURNAL ENTRIES (1826): *Journal 4:* (1) Judgment *p. 101.
PAPERS IN FILE: (1) Precipe for summons, security for costs; (2) summons, acknowledgment of service; (3) declaration; (4) warrant of attorney to confess judgment; (5) cognovit and release of errors; (6) money bond.
*1824–36 Calendar*, MS p. 102. Recorded in *Book C*, MS pp. 85–6.

**BANK OF MICHIGAN** *versus* **HENRY J. HUNT.**

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Death suggested *p. 101; (2) continued *p. 137; (3) continued *p. 190; (4) abated, dismissed *p. 239.
PAPERS IN FILE: (1) Precipe for summons; (2) summons, acknowledgment of service; (3) declaration.
*1824–36 Calendar*, MS p. 96.

**AUSTIN E. WING,** SHERIFF, *versus* WARREN HOWARD, JOHN ANDERSON, AND RICHARD SMYTH.

JOURNAL ENTRIES (1826–31): *Journal 4:* (1) Continued *p. 101; (2) continued *p. 138; (3) motion for default judgment *p. 172; (4) continued *p. 190; (5) continued *p. 239; (6) continued *p. 333; (7) continued *p. 414; (8) continued *p. 449; (9) damages remitted, judgment for costs *p. 482.
PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) stipulation to extend time for pleading; (4) declaration; (5) motion for judgment by default; (6) suggestion of damages, etc.; (7) remission of damages and motion for judgment for costs.
*1824–36 Calendar*, MS p. 91.